UNITED STATES of America, State of Maryland, State of Missouri, State of Vermont, State of Utah, State of Arizona, State of New Hampshire, State of Connecticut, State of Iowa, State of Michigan, State of Ohio, State of Texas, State of Illinois, State of Tennessee, State of Montana, State of Nebraska, State of Idaho, State of Rhode Island, Plaintiffs–Appellees,

State of Hawaii, Plaintiff,

v.

AMERICAN EXPRESS COMPANY, American Express Travel Related Services Company, Inc., Defendants–Appellants,

Mastercard International Incorporated, Visa Inc., Defendants,

CVS Health, Inc., Meijer, Inc., Publix Super Markets, Inc., Raley's, Super-Valu, Inc., Ahold U.S.A., Inc., Albertsons LLC, The Great Atlantic & Pacific Tea Company, Inc., H.E. Butt Grocery Co., HyVee, Inc., The Kroger Co., Safeway Inc., Walgreen Co., Rite-Aid Corp., BI-LO LLC, Home Depot USA, Inc., 7-Eleven, Inc., Academy, Ltd., DBA Academy Sports + Out-

doors, Alimentation Couche-Tard Inc., Amazon.Com, Inc., American Eagle Outfitters, Inc., Ashley Furniture Industries Inc., Barnes & Noble, Inc., Barnes & Noble College Booksellers, LLC, Beall's, Inc., Best Buy Co., Inc., Boscovs, Inc., Brookshire Grocery Company, Buc-ee's Ltd, The Buckle, Inc., The Childrens Place Retail Stores, Inc., Coborns Incorporated, Cracker Barrel Old Country Store, Inc., D'Agostino Supermarkets, Inc., Davids Bridal, Inc., DBD, Inc., Davids Bridal Canada Inc., Dillard's, Inc., Drury Hotels Company, LLC, Express LLC, Fleet and Farm of Green Bay, Fleet Wholesale Supply Co. Inc., Foot Locker, Inc., The Gap, Inc., HMSHost Corporation, IKEA North America Services, LLC, Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., Mills E-Commerce Enterprises, Inc., Mills Fleet Farm, Inc., Mills Motor, Inc., Mills Auto Enterprises, Inc., Willmar Motors, LLC, Mills Auto Enterprises, Inc., Mills Auto Center, Inc., Brainerd Lively Auto, LLC, Fleet and Farm of Menomonie, Inc., Fleet and Farm of Manitowoc, Inc., Fleet and Farm of Plymouth, Inc., Fleet and Farm Supply Co. of West Bend, Inc., Fleet and Farm of Waupaca, Inc., Fleet Wholesale Supply of Fergus Falls, Inc., Fleet and Farm of Alexandria, Inc., National Association of Convenience Stores, National Grocers Association, National Restaurant Association, Official Payments Corporation, Pacific Sunwear of California, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Petsmart, Inc., RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Republic Services, Inc., Retail Industry Leaders Association, Sears Holdings Corporation, Speed-way LLC, Stein Mart, Inc., Swarovski U.S. Holding Limited, Wal-Mart Stores Inc., Whole Foods Market Group, Inc., Whole Foods Market California, Inc., Mrs. Gooch's Natural Food Markets, Inc., Whole Food Company, Whole Foods Market Pacific Northwest, Inc., WFM-WO, Inc., WFM Northern Nevada, Inc., WFM Hawaii, Inc., WFM Southern Nevada, Inc., Whole Foods Market, Rocky Mountain/Southwest, L.P., The William Carter Company, Yum! Brands, Inc., Southwest Airlines Co., Movants.

Docket No.: 15-1672

United States Court of Appeals, Second Circuit.

January 5, 2017

Nickolai Gilford Levin, Kristen Ceara Limarzi, United States Department of Justice, Appellate Section, Antitrust Division, James Joseph Fredricks, Robert Nicholson, United States Attorneys, United States Department of Justice, Civil Division, Office of Immigration Litigation, Shana Marie Wallace, Esq., United States Department of Justice, Washington, DC, Ellen S. Cooper, Assistant Attorney General, Maryland Office of the Attorney General, Baltimore, MD, Mitchell L. Gentile, Esq., Ohio Office of the Attorney General, Columbua, OH, Anne E. Schneider, Missouri Office of the Attorney General, Jefferson City, MO, Ryan Kriger, Vermont Attorney General's Office, Environmental Protection Division, Montpelier, VT, Ronald J. Ockey, Esq., Utah Office of the Attorney General, Salt Lake City, UT, Nancy M. Bonnell, Assistant Attorney General, Arizona Office of The Attorney General, Solicitor General's Office, Phoenix, AZ, David Anthony Rienzo, Esq., New Hampshire Office of the Attorney General, Concord, NH, Rachel O. Davis, Assistant Attorney General, Office of the Attorney

General, Hartford, CT, Layne M. Linde-bak, Iowa Office of the Attorney General, Des Moines, IA, D.J. Pascoe, Esq., Michigan Department of Attorney General, Corporate Oversight Division, Lansing, MI, David M. Ashton, Texas Office of the Attorney General, Austin, TX, Chadwick O. Brooker, Assistant Attorney General, Illinois Office of the Attorney General, Chicago, IL, Victor John Domen, Jr., Tennessee Office of the Attorney General, Nashville, TN, Chuck Munson, Esq., Montana Department of Justice, Helena, MT, Abigail Stempson, Esq., Nebraska Office of the Attorney General, Lincoln, NE, Brett Delange, Esq., Idaho Office of the Attorney General, Boise, ID, Edmund F. Murray, Esq., Rhode Island Office of the Attorney General, Providence, RI, for Plaintiffs–Appellees.

Evan R. Chesler, Peter T. Barbur, Kevin J. Orsini, Esq., Cravath, Swaine & Moore LLP, Mark G. Califano, Esq., American Express Company, Donald L. Flexner, Esq., Boies, Schiller & Flexner LLP, New York, NY, for Defendants–Appellants.

Elai Katz, Esq., Cahill Gordon & Reindel LLP, Sharon K. Robertson, Esq., Partner, Cohen Milstein Sellers & Toll, PLLC, John N. Thomas, Esq., Crowell & Moring LLP, New York, NY, David P. Germaine, Esq., Joseph M. Vanek, Esq., Vanek Vickers & Masini, P.C., Chicago, IL, James Almon, Esq., Kenny Nachwalter, PA, Miami, FL, Eric L. Bloom, Esq., Hangley Aronchick Segal Pudlin & Schiller, Harrisburg, PA, Brian R. Strange, Esq., Strange & Butler, Los Angeles, CA, Fields Alexander, Esq., David W. Jones, Esq., Beck Redden LLP, Richard Eugene Norman, Esq., Ronald Martin Weber, Jr., Esq., Crowley Norman LLP, Houston, TX, Jeffrey John Angelovich, Esq., Lloyd Nolan Duck, III, Esq., Nix, Patterson & Roach, LLP, Austin, TX, Eric F. Citron, Esq.,

Goldstein & Russell, P.C., Bethesda, MD, Frank M. Lowrey, IV, Esq., Bondurant Mixson & Elmore, LLP, Atlanta, GA, Anthony Bolognese, Esq., Bolognese & Associates, Philadelphia, PA, Alden L. Atkins, Esq., Vinson & Elkins LLP, Elizabeth Petrela Papez, Esq., Steffen Nathanael Johnson, Esq., Winston & Strawn LLP, Christopher T. Leonardo, Esq., Adams Holcomb LLC, David A. Balto, Esq., Law Office of David Balto, Washington, DC, for Amici Curiae.

Frank M. Lowrey, IV, Esq., Bondurant Mixson & Elmore, LLP, Atlanta, GA, Jeffrey Isaac Shinder, Esq., Adam Owen Glist, Attorney, Constantine Cannon LLP, New York, NY, Robert Neal Webner, Esq., Michael J. Canter, Esq., James A. Wilson, Vorys, Sater, Seymour and Pease LLP, Columbus, OH, for Movants.

### ORDER

Appellee, United States of America, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.